**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Shahidul Gaffar | : | Chapter 13 |
| | : | |
|     Debtor(s) | : | Case No.:  21-12084-MDC |
| | : | |

**ORDER**

AND NOW, this _____ day of _____ , 2021, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before November 11 2021.

_____
HONORABLE MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE