IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Shahidul Gaffar | : | Chapter 13 |
| Debtor(s) | : | Bankruptcy Case No.: 21-12804-MDC |
| | : | |

**ORDER**

AND NOW, this  15th  day of  November , 2021, upon consideration of the within Second Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before **December 5, 2021**.

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE