UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| IN RE:<br><br>Shahidul Gaffar<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 21-12804-mdc |
|---|---|

**ORDER APPROVING THE STIPULATION RESOLVING DEBTOR'S MOTION TO VACATE ORDER GRANTING RELIEF**

AND NOW, this __9th__ day of __January__ 2023, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

_____
**MAGDELINE D. COLEMAN
CHIEF US BANKRUPTCY JUDGE**

Case Administrator to mail:

Cc:   Kenneth E. West, Chapter 13 Trustee
        Debtor: 16 Hunt Club Drive, Collegeville, PA 19426
        Counsel for Debtor: Brad J. Sadek, Esquire,
        Counsel for Creditor: Angela C. Pattison, Esquire